**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William Leo YANCEY, Defendant-Appellant.**

No. 17-1908

United States Court of Appeals, Eighth Circuit.

Submitted: November 24, 2017

Filed: December 11, 2017

---

Lisa C. Williams, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff-Appellee

William Leo Yancey, Pro Se

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

PER CURIAM.

William Yancey appeals after he pled guilty to a drug-related offense and the district court[1] sentenced him to 188 months in prison, a term within the calculated Guidelines range. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the reasonableness of Yancey's prison term. Yancey has not filed a supplemental brief.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. David*, 682 F.3d 1074, 1076-77 (8th Cir. 2012) (discussing appellate review of sentencing decisions); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines sentence may be presumed reasonable). In addition, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.